UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD, | 1:17-cv-01425-DAD-GSA (PC) |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION TO SCREEN COMPLAINT |
| v. | (ECF No. 12.) |
| C. WADDLE, | |
| Defendant. | |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff filed the Complaint commencing this action on October 24, 2017. (ECF No. 1.) On July 25, 2017, Plaintiff filed a motion for screening of his Complaint. (ECF No. 12.)

The court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible. However, there are numerous prisoner civil rights cases presently pending before the court, and delays are inevitable despite the court's best efforts. Plaintiff's Complaint will be screened in due course.

Based on the foregoing, Plaintiff's motion, filed on May 17, 2018, is RESOLVED.

IT IS SO ORDERED.

Dated: **May 22, 2018**             /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE