# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. WADDLE, et al.,<br><br>　　　　Defendant. | 1:17-cv-01425-DAD-GSA-PC<br><br>**ORDER FOR DEFENDANT WADDLE TO FILE A RESPONSE TO PLAINTIFF'S MOTIONS WITHIN 30 DAYS**<br><br>**(ECF Nos. 33, 34.)** |

　　　　Joshua A. Willard ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 against defendant C. Waddle for retaliation in violation of the First Amendment. On November 8, 2019, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe and the case settled. (ECF No. 30.) On December 9, 2019, the parties filed a stipulation for voluntary dismissal, with prejudice, under Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 31.)

　　　　On December 19, 2019, Plaintiff filed a motion to reopen the case, and on December 23, 2019, Plaintiff filed a motion for copies. (ECF Nos. 33, 34). Defendant C. Waddle shall be required to respond to Plaintiff's motions within thirty days.

　　　　Accordingly, within thirty days of the date of service of this order, defendant C. Waddle shall file a response to Plaintiff's motion to reopen the case and motion for copies.

IT IS SO ORDERED.

　Dated: __**January 27, 2020**__　　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE